ERICK M. FERRAN, ESQ.
Nevada State Bar No. 009554
HITZKE & FERRAN
2110 E. Flamingo Road, Suite 206
Las Vegas, Nevada 89119
*Telephone No.: (702) 496-7668*
*Facsimile No.: (702) 462-2646*
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>TYSON JAMES MARTIN,<br><br>       Defendant. | CASE NO.:   2:23-mj-00107-BNW<br><br>**JOINT STATUS REPORT AND STIPULATION TO CLOSE CASE AND AMEND CHARGE** |

  IT IS HEREBY STIPULATED AND AGREED, by and between IMANI DIXON, ESQ., Assistant United States Attorney, counsel for the United States of America, and ERICK M. FERRAN, ESQ., counsel for Defendant TYSON JAMES MARTIN, that the instant Joint Status Report shall serve as the basis for case closure as well as and amendment of Count 1 to Reckless Driving.  Defendant has successfully completed all requirements set forth in his plea agreement and has stayed out of trouble; the fine has been paid and Docket Entry #14, filed by Defendant, provides proof of completion of all of the classes/programs required of the Defendant.

/ / /

/ / /

/ / /

-1-

The matter will be closed pursuant to the stipulation of the parties, with Defendant being allowed to withdraw his plea and instead entering into a plea of guilty to Reckless Driving instead pursuant to the terms of the Plea Agreement/Memorandum as well as this Court's findings at the Change of Plea hearing on August 2, 2023.

Dated this 2nd day of February, 2024

| /s/ Erick M. Ferran, Esq. | /s/ IMANI DIXON, ESQ. |
|---|---|
| ERICK M. FERRAN, ESQ. | IMANI DIXON, ESQ. |
| Counsel for Defendant | Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TYSON JAMES MARTIN,

    Defendant.

CASE NO.:  2:23-mj-00107-BNW

**ORDER CLOSING CASE AND AMENDING COUNT #1 TO RECKLESS DRIVING**

## ORDER

IT IS ORDERED that, pursuant to the proof filed by Defendant and the stipulation of the parties, Defendant has completed all of the requirements set forth in his plea agreement.

IT IS FURTHER ORDERED that Defendant is allowed to withdraw is plea and instead enter a plea of guilty to the Amended Count #1 of Reckless Driving. The case will be closed following this amendment.

**DATED** this __5__ day of __February__, 2024.

_____
UNITED STATES MAGISTRATE JUDGE